# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON _____

THIS RECORD WAS ORIGINALLY DUE ON _____

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/16/2015 11:23:26 AM
DEBBIE AUTREY
Clerk

I AM REQUESTING _____ DAYS

THIS RECORD IS APPROXIMATELY _____ PAGES LONG

IS THIS APPEAL ACCELERATED?  ___YES ___NO

**SIXTH COURT OF APPEALS CAUSE NO.** _____

**STYLE OF CASE:** _____

**TRIAL COURT** _____

**TRIAL COURT CAUSE NO.** _____

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s):  (Check all that apply – attach additional pages if necessary.)

☐ To the best of my knowledge, the Appellant has made no claim of indigence, or has been found to be not indigent, and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐ My duties listed below preclude working on this record: _____
_____
_____
_____
_____
_____
_____
_____

☐ Other (explain): _____
_____
_____
_____
_____
_____

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

_____          _____
Date                                       Signature

_____          _____
Office Phone Number                        Printed Name

_____          _____
E-mail address (if available)              Official Title

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

**Lead Counsel for Appellant(s):**        **Lead Counsel for Appellee(s):**

Name: _____            Name: _____

Address: _____           Address: _____

_____        _____

Phone No. _____           Phone No. _____

Attorney for: _____           Attorney for: _____


FAX TO:  Molly Pate (Deputy Criminal Clerk) or Kim Robinson (Deputy Civil Clerk)

Sixth Court of Appeals, Texarkana, at

903 798-3034

(to be followed by a printed version by mail)